IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| PHILLIPI S. LOWE, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:10cv312-MHT |
| | ) | (WO) |
| CHARLIE CALDWELL, et al., | ) | |
| | ) | |
|     Defendants. | ) | |

## JUDGMENT

It is the ORDER, JUDGMENT, and DECREE of the court that plaintiff's motion for dismissal (doc. no. 17) is granted and that this cause is dismissed in its entirety without prejudice.  The court assumes that defendants have no objection to the allowance of the dismissal; however, if they do, they must file the objection within seven days from the date of this judgment.

It is further ORDERED that all outstanding motions are denied as moot.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**DONE, this the 6th day of July, 2010.**

                                  /s/ Myron H. Thompson
                            **UNITED STATES DISTRICT JUDGE**